**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000060
24-JUN-2026
08:07 AM
Dkt. 111 ODMR**

NO. CAAP-25-0000060

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HOPE M. RASMUSSEN AND CECILIA F.M. RICHARDSON,
INDIVIDUALLY AND AS CO-TRUSTEES OF THE
HOPE M. RASMUSSEN TRUST DATED MAY 4, 2024;
WILLIAM RICHARDSON, Plaintiffs-Appellees,
v.
WILLIAM COWARD, Defendant-Appellant, and
DOES 1-10, Defendants.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-24-0008331)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of the three documents filed June 15, 2026, by self-represented Plaintiff-Appellant William J. Coward (**Coward**), which the court construes collectively as motions for reconsideration of the Order Dismissing Appeal, filed June 12, 2026, relief from default, and a twelfth extension of time for the opening brief, the papers in support, and the record, it appears that Coward fails to demonstrate the court overlooked or misapprehended any point of

law or fact in the June 12, 2026 order.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motions are denied.

DATED:  Honolulu, Hawaiʻi, June 24, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge